# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jesse D Nickoles, Deportation Officer (DO) with Immigration and customs Enforcement (ICE), being duly sworn, depose and state under penalty of perjury that the following is true to the best of my information, knowledge and belief.

1. I am a Deportation Officer of ICE ERO and have been since March 2021. I successfully completed the Immigration Officer Basic Training Course (ICE-D) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia in March 2021. As part of my duties, I am charged with enforcing the immigration and nationality laws of the United States. In support of these duties, I am regularly tasked with locating and apprehending individuals determined through the course of my investigation to be unlawfully present and removable from the United States and amenable to federal criminal charges.
2. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause to believe that Damian LUNA-Cruz violated 8 USC § 1326(a), illegal reentry of a previously removed alien.
3. This affidavit is submitted in support of an arrest warrant and criminal complaint charging Damian LUNA-Cruz with Illegal Re-entry of a removed alien, in violation of Title 8 United States Code § 1326(a). I submit that the facts below outline probable cause to believe that, on May 13, 2026, in the State and District of Colorado, LUNA, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on August 20, 2025, and returned to the United States without the express consent of proper legal authority to reapply for admission to the United States, all in violation of Title 8, United States Code, § 1326(a).

4. On May 13, 2026, the ICE/ERO Florence Sub-Office, located in the District of Colorado, assisted the Drug Enforcement Agency (DEA) with executing a search warrant in Colorado Springs, Colorado. In the course of executing the warrant, an individual was identified as Damian LUNA-Cruz. Records checks revealed LUNA was an illegal alien who has been previously removed from the United States. LUNA was transported to the Florence Sub Office and processed for a Notice of Intent/Decision to Reinstate Prior Order (I-871). The fingerprints obtained matched immigration records for "Damian LUNA-Cruz," a citizen of Mexico who was last removed from the United States on August 20, 2025.

5. A review of the ICE automated system, as well as electronic documents obtained from LUNA's alien registration file, which is in the course of being transferred to this District, revealed that LUNA:

   - Entered the United States on or about an unknown date, at or near an unknown location.
   - Was encountered by Immigration Officials on March 22, 2021, at San Luis, Arizona.
   - A Notice of Intent to Issue Final Administrative Removal Order (I-851) was issued by a designated Immigration Official on December 19, 2022.
   - Was removed pursuant to the above order to Mexico on January 03, 2023, through Brownsville, Texas.
   - Re-entered the United States on April 03, 2025, at or near El Paso, Texas.
   - Was encountered by Immigration Officials on August 07, 2025, at Colorado Springs, Colorado.
   - A Notice of Intent/Decision to Reinstate Prior Order (I-871) was issued by a designated Immigration Official on August 07, 2025.
   - Was removed pursuant to the above order on August 20, 2025, through Alexandria, Louisiana.

6. A search of ICE databases searches revealed no evidence that LUNA has had any contact with law enforcement anywhere in the United States between August 20, 2025, and May 2026.

7. There is no indication in the ICE automated records or in the records reviewed from LUNA's immigration file that LUNA has ever sought or obtained permission from the proper legal authority to enter or remain in the United States.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

s/*Jesse Nickoles*
Deportation Officer, ICE/ERO

Sworn before me this 19th day of May, 2026

Hon. Kathryn A. Starnella
United States Magistrate Judge

Affidavit reviewed and submitted by Elizabeth Puskar, Special Assistant United States Attorney.